AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | **(For a Petty Offense)** — Short Form |
| DELENIA A. LARUE | CM/ECF Case No. 3:24-PO-00076-CHG |
| 3430 SOUTH DIXIE DRIVE, SUITE 308 | Case No.   OS10      E1519194 |
| KETTERING, OH 45439 | USM No. |
| | James Sanchez |
| | Defendant's Attorney |

**THE DEFENDANT:**   DELENIA A. LARUE

☑ **THE DEFENDANT** pleaded guilty to count(s)    Amended Count 1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 7 & 13 and ORC 4510.12 | Driving without a Valid Licencse | 3/11/25 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court .

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $70.00 | $ 5.00 | $ 65.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   2376

Defendant's Year of Birth:  1971

City and State of Defendant's Residence:
KETTERING, OH

7/23/25
Date of Imposition of Judgment

_____
Signature of Judge

Caroline H. Gentry, United States Magistrate Judge
Name and Title of Judge

7/29/2025
Date